FILED
Oct 10, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-3224

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

MICHAEL TREMAINE BELL,

    Defendant-Appellant.

Before: GILMAN, GIBBONS, and THAPAR, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Northern District of Ohio at Youngstown.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the order of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk